UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Cr. No. 06-20494

       v.                             Honorable: Avern Cohn

D-1 BRENT GROSS,

       Defendant.
_____/

## ORDER EXCLUDING TIME
## UNDER SPEEDY TRIAL ACT

The parties, through their respective counsel, having stipulated for the need for exclusion of time under the Speedy Trial Act and the court having reviewed the stipulation,

IT IS HEREBY ORDERED that the time between March 19, 2007 and May 22, 2007 shall be excluded from the calculation of the time limitations under 18 U.S.C. 3161(c)(1) upon the authority and provisions of 18 U.S.C. 3161(h)(8), upon the following premises:

1. That 18 U.S.C. 3161 (h)(8)(A) provides that the trial court may grant a continuance beyond the standard limits of the Speedy Trial Act, 18 U.S.C. 3161-3174, where the court finds by oral or written record that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. That the following factors exist justifying an "ends of justice" continuance in the case at bar:

    (a) Defendant Brent Gross recently obtained counsel to represent him. The new counsel needs the additional time to prepare for trial in this matter. That, for the foregoing reason, the ends of justice served by granting a

       continuance in this   matter outweigh the best interests of the public and the defendant in securing an earlier trial.

3. That, for the foregoing reason, the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and the defendant in securing an earlier trial.

4.  Finding that there is good cause to adjourn the trial and that the ends of justice served by adjourning the trial outweigh the best interest of the public and the defendant in a speedy trial in order to  permit the defendant to be adequately defended at trial, IT IS HEREBY ORDERED that the time between March 19, 2007 and the new trial date Monday, May 22, 2007 at 9:00 a.m. be excluded from the speedy trial calculation.

       IT IS SO ORDERED

       s/A vern Cohn
       Avern Cohn
       United States District Judge

Date: April 04, 2007