UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 06-20494

BRENT GROSS,                      HONORABLE AVERN COHN

    Defendant.

_____/

## ORDER DENYING MOTION CONTINUANCE OF
## PRE-TRIAL CONFERENCE AND TRIAL

Before the Court is defendant's Motion for Continuance of Pre-Trial Conference and Trial and Incorporated Brief in Support. The Court held hearings on the motion on June 26, 2007 and June 27, 2007. For reasons stated on Court record on June 27, 2007, the motion is DENIED. Trial will commence on July 9, 2007 at nine o'clock a.m.

    SO ORDERED.


Dated: June 27, 2007                    s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Brent Gross, 12098 Silver Lake Drive, Brighton, MI 48116 on this date, June 27, 2007, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5160

S:\LORI\Cases\US v. Gross\Compel Order.wpd