UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                       CRIMINAL NO.  06-20494

v.                                  HONORABLE AVERN COHN

D-1, BRENT GROSS,

      Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS

On September 18, 2008 the Court held a hearing on the Defendant's Motion to Dismiss on Protection from Penalty Pursuant to the Paperwork Reduction Act of 1995 Violations by the IRS (D/E, 55) and Motion to Dismiss for Lack of Subject Matter Jurisdiction (D/E, 56). For the reasons stated on the record,

    **IT IS HEREBY ORDERED** that them motions are DENIED.

    **SO ORDERED**.

                                                s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

Dated:  September 18, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 18, 2008, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160